Derek Davis, Esq. (SBN 243957)
Alan Law, Esq. (SBN 268334)
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, CA  94111
Tel:  (415) 956-9700; Fax: (415) 391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com

Attorneys for Defendant
GARFIELD BEACH CVS, L.L.C.
Erroneously sued as CVS PHARMACY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | | |
|---|---|---|
| CECIL L. SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC. and DOES 1 to 20,<br><br>Defendants. | Case No. 2:20-CV-00745-TLN-KJN<br><br>**ORDER TO AMEND SCHEDULING ORDER**<br><br>Date Action Filed:  03/06/20 | |

ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cut-Off Date | December 16, 2020 | June 30, 2021 |
| Expert Disclosures and Reports | February 14, 2021 | August 30, 2021 |
| Dispositive Motion Hearing Cutoff | June 14, 2021 | December 28, 2021 |

///

1
Order to Amend Scheduling Order
United States District Court Eastern District No. 2:20-CV-00745-TLN-KJN

1   IT IS SO ORDERED.

2   Dated: December 15, 2020

Troy L. Nunley
3   United States District Judge