Attorney Identification Derek Davis, Alan Law
(include State Bar number) SBN: 243957 / 268334
505 Sansome St., Suite 1550, San Francisco, CA 94111
Attorney(s) for: Garfield Beach CVS, L.L.C. erroneously sued
as CVS Pharmacy, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL L. SWANSON | NO. CIV. S- 2:20-CV-00745-TLN-KJN |
| Plaintiff(s) | |
| v. | STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271 |
| CVS PHARMACY, INC., and Does 1-20 | |
| Defendant(s) | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: May 24, 2021

_____
Attorney(s) for Plaintiff(s)

_____
Attorney(s) for Defendant(s)

IT IS SO ORDERED.
DATED: May 28, 2021

_____
UNITED STATES DISTRICT COURT JUDGE

Rev. 12/09