1 Derek Davis, Esq. (SBN 243957)
Alan Law, Esq. (SBN 268334)
2 COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
3 San Francisco, CA 94111
Tel: (415) 956-9700; Fax: (415) 391-0274
4 Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
5
Attorneys for Defendant
6 GARFIELD BEACH CVS, L.L.C.
Erroneously sued as CVS PHARMACY, INC.
7
Brian H. Turner
8 LAW OFFICES OF BRIAN H. TURNER
2207 J Street
9 Sacramento, CA 95816
Tel: (916) 229-8800; Fax: (916) 833-5594
10 Email: brian@bhturnerlaw.com

11 Attorney for Plaintiff
CECIL L SWANSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| CECIL L. SWANSON,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS PHARMACY, INC. and DOES 1 to 20,<br><br>Defendants. | Case No. 2:20-CV-00745-TLN-KJN<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br>Date Action Filed: 03/06/20 |

Plaintiff, CECIL L. SWANSON ("Plaintiff") and Defendant GARFIELD BEACH CVS, L.L.C., erroneously sued as CVS PHARMACY, INC. ("Defendant"), by and through their respective attorneys of record and pursuant to LOCAL RULES 143 AND 144(D) and FRCP 16(B) hereby stipulate and agree as follows:

WHEREAS, on March 6, 2020 Plaintiff filed her Complaint in the Sacramento Superior Court and served Defendant on March 13, 2020.

WHEREAS Defendant filed its Notice of Removal, Civil Case Cover Sheet, Notice of Interested Parties and Demand for Trial by Jury on April 13, 2020 in the United States District Court, Eastern District of California – Sacramento.

WHEREAS ON October 20, 2020 Defendant served its Initial Disclosure on Plaintiff along with a set of Interrogatories and Request for Production of Documents.

WHEREAS on November 4, 2020 Plaintiff served her Initial Disclosure on Defendant, and has requested – and was granted – extensions to the written discovery requests past the current Discovery Cut-Off date of December 16, 2020, due to the Plaintiff's elderly age and the continued shelter-in-place orders due to the ongoing COVID-19 pandemic.

WHEREAS on November 15th an ORDER was entered revising the Discovery deadlines.

WHEREAS both Plaintiff and Defendant have propounded and responded to written discovery.

WHEREAS on April 22, 2021 the deposition of Plaintiff was taken by Defendant.

WHEREAS on May 27, 2021 the parties agreed to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271.

WHEREAS several depositions of witnesses need to be administered but the parties prefer to have those depositions taken after the mediation of the matter.

WHEREAS the parties have entered into the following stipulation in an effort to jointly resolve these discovery issues and continue to move this case forward.

WHEREAS the parties through their respective counsel jointly propose and stipulate to the following deadlines:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| Fact Discovery Cut-Off Date | June 30, 2021 | November 30, 2021 |
| Expert Disclosures and Reports | August 30, 2021 | January 30, 2022 |
| Dispositive Motion Hearing Cutoff | December 28, 2021 | May 30, 2021 |

| | | |
|---|---|---|
| Final Pre-Trial Conference | Not set. | |
| Trial | Not set. | |

IT IS FURTHER STIPULAED and AGREED between the parties that all other provisions of the Pretrial Order shall remain in effect.

IT IS SO STIPULATED.

Dated: June 2, 2021.   LAW OFFICES OF BRIAN H. TURNER

By: /s/ Brian H. Turner
Brian H. Turner
LAW OFFICES OF BRIAN H. TURNER
2207 J Street
Sacramento, CA 95816
Tel: (916) 229-8800; Fax: (916) 833-5594
Email: brian@bhturnerlaw.com

Dated: June 2, 2021.   COOPER & SCULLY, P.C.

By: /s/ Alan Law
DEREK DAVIS
State Bar Number: 243957
ALAN LAW
State Bar Number : 286334
COOPER & SCULLY, P.C.
505 Sansome Street, Suite 1550
San Francisco, California 94111
Tel: 415-956-9700; Fax: 415-391-0274
Email: derek.davis@cooperscully.com
Email: alan.law@cooperscully.com
Attorneys for Defendant GARFIELD BEACH CVS, L.L.C. erroneously sued as CVS PHARMACY, INC.

# ORDER

FOR GOOD CAUSE SHOWN, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery Cut-Off Date | June 30, 2021 | **November 30, 2021** |
| Expert Disclosures and Reports | August 30, 2021 | **January 31, 2022** |
| Dispositive Motion Hearing Cutoff | December 28, 2021 | **June 2, 2022** |

IT IS SO ORDERED.

Dated: June 2, 2021

Troy L. Nunley
United States District Judge